IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
(ATHENS DIVISION)

| | |
|---|---|
| CERTUSBANK, N.A., as successor by assignment to FIRST GEORGIA BANKING COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>MLJJ PROPERTIES, LLC,<br>MARTIN J. MULLIGAN, and<br>LINDA D. CHAMBERLIN,<br><br>        Defendants. | CIVIL ACTION<br>NO. 3:12-cv-00046-CDL |

## AFFIDAVIT OF MARTIN J. MULLIGAN

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Martin J. Mulligan, and, upon first being duly sworn, states as follows:

1.

I am over the age of eighteen (18) years, and otherwise competent to testify, and I make this declaration upon my own personal knowledge.

2.

I am a member, manager and officer of MLJJ Properties, LLC.

3.

On or about May 22, 2009, I executed and delivered to First Georgia Banking Company, on behalf of MLJJ Properties, LLC, a promissory note in the original principal amount of approximately $245,000.00.

1

4.

During my numerous interactions with First Georgia Banking Company between May of 2009 and May of 2011, I never corresponded with and/or met anyone named Tom Crawford.

Further affiant sayeth not, this __19__ day of April, 2013.

*Martin J. Mulligan*
Martin J. Mulligan

Sworn to and subscribed before me
this __19__ day of April, 2013.

*Gillda P. Craig*
Notary Public
My commission expires: __April 24, 2016__